FILED BY _____Mb_____ D.C.

Jul 18, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-00069-SMM

UNITED STATES OF AMERICA

v.

ROBERTO ESTEBAN RODRIGUEZ-SARINANA,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No.

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No.

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No.

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
MICHAEL D. PORTER
Assistant United States Attorney
Florida Bar No. 0031149
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0950
Email: michael.porter2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Michael D. Porter

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ___MB___ D.C.
Jul 18, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

United States of America
v.

ROBERTO ESTEBAN RODRIGUEZ-SARINANA,

Case No. 25-MJ-00069-SMM

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 27, 2025__ in the county of __Martin__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Angelo Zaravelis, Deportation Officer, ICE/DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: July 18, 2025

*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Roberto Esteban RODRIGUEZ-SARINANA ("RODRIGUEZ-SARINANA") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On June 26, 2025, the Florida Highway Patrol arrested RODRIGUEZ-SARINANA in Martin County, Florida, for the offenses of driving under the influence and driving without a valid driver's license. As part of the booking process, Martin County Jail booking officials fingerprinted RODRIGUEZ-SARINANA. On June 27, 2025, the fingerprints recorded at the jail were matched in a federal database maintained by the Department of Homeland Security, alerting ICE officials to RODRIGUEZ-SARINANA's presence in the United States.

4. I reviewed documents from the immigration alien file belonging to Roberto Esteban RODRIGUEZ-SARINANA, AXXX XXX 839. A review of Department of Homeland Security electronic records and the immigration alien file assigned to RODRIGUEZ-SARINANA show

that he is a native and citizen of Mexico. Records show that on or about March 9, 1998, RODRIGUEZ-SARINANA was ordered removed from the United States. Records in the alien file show that on March 11, 1998, RODRIGUEZ-SARINANA was removed from the United States to Mexico.

5. Thereafter, RODRIGUEZ-SARINANA illegally reentered the United States. RODRIGUEZ-SARINANA was removed from the United States to Mexico on March 20, 2013.

6. RODRIGUEZ-SARINANA's fingerprints recorded at the Martin County Jail on June 26, 2025, were scanned into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Roberto Esteban RODRIGUEZ-SARINANA.

7. On July 15, 2025, a senior fingerprint specialist at the Homeland Security Investigations Forensic Laboratory compared fingerprints recorded on June 26, 2025, in Martin County, Florida, with the fingerprint recorded on the warrant of removal/deportation on March 20, 2013. The specialist determined the fingerprints were made by the same individual, that is Roberto Esteban RODRIGUEZ-SARINANA.

8. Officers performed record check in the Computer Linked Application Informational Management System ("CLAIMS") to determine if Roberto Esteban RODRIGUEZ-SARINANA had filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that RODRIGUEZ-SARINANA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I believe that there exists probable cause to believe that, on or about June 27, 2025, Roberto Esteban RODRIGUEZ-SARINANA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this __18th__ day of July, 2025.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE